PLANNED PARENTHOOD OF BERGEN COUNTY v. THE
CITY OF HACKENSACK.

December 23, 1985.

Petition for certification denied.

DONALD SPEDALIERE v. ALBION MOTEL.

December 23, 1985.

Petition for certification denied.

THE NEW JERSEY STATE LEAGUE OF MUNICIPALITIES v.
IRWIN I. KIMMELMAN, ATTORNEY GENERAL OF THE
STATE OF NEW JERSEY.

December 23, 1985.

Petition for certification granted.   (See 204 *N.J.Super.* 323)

MICHAEL HULL, III v. GETTY REFINING & MARKETING CO.
AND LIVINGSTON INDUSTRIES, INC.

December 23, 1985.

Petition for certification denied.